```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ROOSEVELT THOMAS, JR.,        :
AIS #115280,                  :
                              :
     Plaintiff,               :
                              :
vs.                           :     CIVIL ACTION 15-248-WS-M
                              :
CORIZON, INC., *et. al.*,     :
                              :
     Defendants.              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants' Motions for Summary Judgment be GRANTED, and Plaintiff's action be DISMISSED against all Defendants, with prejudice.

DONE this 23rd day of March, 2016.

                              s/WILLIAM H . STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE