```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

ROOSEVELT THOMAS, JR.,         :
AIS #115280,                   :
                               :
    Plaintiff,                 :
                               :
vs.                            :     CIVIL ACTION 15-248-WS-M
                               :
CORIZON, INC., et. al.,        :
                               :
    Defendants.                :
```

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that this action is hereby DISMISSED with prejudice as to all defendants.

DONE this 23rd day of March, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE